```
                IN THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF GEORGIA
                          ATHENS DIVISION
```

DELOIS TEASLEY,                  *

      Plaintiff            *

vs.                              *
                                      CASE NO. 3:08-CV-55 (CDL)
MICHAEL J. ASTRUE, Commissioner  *
of Social Security,
                                 *
      Defendant
_____  *

## O R D E R

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on March 4, 2009, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 31st day of March, 2009.

                                          S/Clay D. Land
                                            CLAY D. LAND
                                       UNITED STATES DISTRICT JUDGE